# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

135714

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KENNETH JAMES ELLIS,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135714
COA: 280255
Genesee CC: 02-010374-FH

_____/

      On order of the Court, the application for leave to appeal the December 17, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

Clerk

p0721